**Francisco AVOKI, d/b/a Driv4less, Plaintiff–Appellant,**

v.

**Larry Eugene FEREBEE; Donald Alan Fraley; Lillie Fraley; Does I–XX, Defendants–Appellees.**

No. 16-1359

United States Court of Appeals, Fourth Circuit.

Submitted: October 18, 2016

Decided: October 20, 2016

Francisco Avoki, Appellant Pro Se. Claude Roberson Wilson, III, HEDRICK GARDNER KINCHELOE & GAROFALO, LLP, Charlotte, North Carolina, for Appellee.

Before WILKINSON, KING, and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Francisco Avoki appeals the district court's order granting Defendants' motion to dismiss Avoki's complaint for lack of subject matter jurisdiction and denying his motion to amend his complaint. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. Avoki v. Ferebee, No. 3:15–cv–00136–FDW–DSC, 2016 WL 1092307 (W.D.N.C. Mar. 21, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED